

1 | ALICIA A.G. LIMTIACO
United States Attorney
2 | MICHAEL E. JONES
Special Assistant U.S. Attorney
3 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
4 | Hagåtña, Guam 96910
PHONE: (671) 472-7332
5 | FAX: (671) 472-7215

FILED
DISTRICT COURT OF GUAM

JUL -2 2012

JEANNE G. QUINATA
CLERK OF COURT

6 | Attorneys for the United States of America

7 | IN THE UNITED STATES DISTRICT COURT

8 | FOR THE TERRITORY OF GUAM

9 | UNITED STATES OF AMERICA,

CRIMINAL CASE NO. 12-00044

10 | | **INFORMATION**

11 | Plaintiff, | **DRIVING UNDER THE INFLUENCE OF ALCOHOL**
12 | | [16 G.C.A. § 18102(a) and 18 U.S.C. §§ 7(3) and 13]
13 | vs. | (Count 1)

14 | | **DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC)**
15 | MARK ALAN BROWN, | [16 G.C.A. § 18102(b) and 18 U.S.C. §§ 7(3) and 13]
16 | | (Count 2)

17 | Defendant. | **RECKLESS DRIVING**
18 | | [16 G.C.A. § 9107(a) and 18 U.S.C. §§ 7(3) and 13]
| | (Count 3)
19 |

20 | THE UNITED STATES ATTORNEY CHARGES:

21 | **COUNT I – DRIVING UNDER THE INFLUENCE OF ALCOHOL**

22 | On or about May 3, 2012, in the District of Guam, the defendant, MARK ALAN

23 | BROWN, at U.S. Naval Base Guam, on land acquired for the use of the United States and under

24 | the concurrent jurisdiction thereof, did operate and was in physical control of a motor vehicle

1

1   while under the influence of alcohol, in violation of Title 16, Guam Code Annotated, Section

2   18102(a) (as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code,

3   Sections 7(3) and 13.

4                  **COUNT II - DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC)**

5          On or about May 3, 2012, in the District of Guam, the defendant, MARK ALAN

6   BROWN, at U.S. Naval Base Guam, on land acquired for the use of the United States, and under

7   the concurrent jurisdiction thereof, did operate and was in physical control of a motor vehicle

8   while he had 0.08% or more, by weight, of alcohol in his blood, in violation of Title 16, Guam

9   Code Annotated, Section 18102(b) (as enacted on June 22, 1993, Public Law 22-20), and Title

10  18, United States Code, Sections 7(3) and 13.

11                          **COUNT III – RECKLESS DRIVING**

12         On or about May 3, 2012, in the District of Guam, the defendant, MARK ALAN

13  BROWN, at U.S. Naval Base Guam, on land acquired for the use of the United States and under

14  the concurrent jurisdiction thereof, did drive his motor vehicle upon a highway in willful and

15  wanton disregard for the safety of persons and property thereon, in violation of Title16, Guam

16  Code Annotated, Section 9107(a), and Title 18, United States Code, Sections 7(3) and 13.

17         DATED this 2nd day of July, 2012.

18                                          ALICIA A.G. LIMTIACO
                                            United States Attorney
19                                          Districts of Guam and NMI

20

21                                  By:     _____

22                                          MICHAEL E. JONES
                                            Special Assistant U.S. Attorney

23

24

                                              2