

ALICIA A.G. LIMTIACO
United States Attorney
MICHAEL E. JONES
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUL -2 2012
JEANNE G. QUINATA
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 12-00044 |
|---|---|
| Plaintiff, | |
| vs. | **UNITED STATES' REQUEST FOR ISSUANCE OF SUMMONS** |
| MARK ALAN BROWN, | |
| Defendant. | |

COMES NOW the United States of America, by and through Special Assistant United States Attorney Michael E. Jones, and moves this Honorable Court to issue a Summons for the above-named defendant, MARK ALAN BROWN, on the grounds that the United States has this day filed an Information against said defendant, charging the defendant with one count of Driving Under the Influence of Alcohol, in violation of Title 16, Guam Code Annotated, Section 18102(a) (as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13, one count of Driving Under the Influence of Alcohol (BAC) in violation of Title 16, Guam Code Annotated, Section 18102(b) (as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13 and one count of Reckless Driving in

1

violation of Title 16, Guam Code Annotated, Section 9107(a) and Title 18, United States Code, Sections 7(3) and 13.

The United States has probable cause to believe that the above-named defendant has committed the crime charged in said information.

RESPECTFULLY SUBMITTED this 2nd day of July, 2012.

ALICIA A.G. LIMTIACO
United States Attorney
Districts of Guam and NMI

By: _____
MICHAEL E. JONES
Special Assistant U.S. Attorney